# Order

Michigan Supreme Court
Lansing, Michigan

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138932(163)

MARILYN FROLING REVOCABLE LIVING
TRUST,
      Plaintiff-Appellant,

v

BLOOMFIELD HILLS COUNTRY CLUB,
DONALD DREYFUSS, ELISA DREYFUSS,
MARY D. BRIGHT TRUST, NANCY R.
VLASIC REVOCABLE LIVING TRUST, JOHN
RAKOLTA, JR., TERRY RAKOLTA, and
THOMAS VARBEDIAN,
      Defendants,
and

ALAN KIRILUK, MARILYNNE KIRILUK,
ROGER B. SMITH, BARBARA SMITH,
GREGG WILLIAMS, CINDI WILLIAMS, and
CITY OF BLOOMFIELD HILLS,
      Defendants-Appellees.
_____/

SC: 138932
COA: 275580
Oakland CC: 2004-062223-CZ

On order of the Court, the motion for reconsideration of this Court's September 23, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, C.J., and CAVANAGH, J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk

y1214